ACCEPTED
06-15-00009-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/17/2015 3:07:58 PM
DEBBIE AUTREY
CLERK

# No. 06-15-00009-CV

## IN THE COURT OF APPEALS FOR THE

## SIXTH DISTRICT OF TEXAS

## AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/17/2015 3:07:58 PM
DEBBIE AUTREY
Clerk

DENNIS RAYNER and
JOE TEX XPRESS, INC.                                       APPELLANTS

V.

KRISTA DILLON                                               APPELLEE

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

COMES NOW John R. Mercy, of the law firm of MERCY ✶ CARTER ✶ TIDWELL, L.L.P., and hereby enters his appearance as additional counsel for Appellee, KRISTA DILLON. All parties hereto take notice of this appearance.

Respectfully submitted,

_/s/   John R. Mercy_
John R. Mercy
Texas State Bar No. 13947200
MERCY ✶ CARTER ✶ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX  75503
Telephone:  (903) 794-9419
Facsimile:   (903) 794-1268
E-mail:  jmercy@texarkanalawyers.com

Brent Goudarzi
Texas State Bar No. 00798218
GOUDARZI & YOUNG
P.O. Box 910
Gilmer, TX 75644
Telephone:   (903) 843-2544
Facsimile:    (903) 843-2026
Email: brent@goudarzi-young.com

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2015 the foregoing *Notice of Appearance of Additional Counsel* was served on all counsel of record for  by the Electronic Service Provider as follows:

Mr. Samuel V. Houston, III
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, TX 78209
Email: sam@hdappeals.com

Mr. Bryan P. Reese
FEE, SMITH, SHARP & VITULLO, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
Email: breese@feesmith.com

Ms. Jennifer M Lee
FEE, SMITH, SHARP & VITULLO, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
Email: jlee@feesmith.com

_/s/  John R. Mercy_
John R.  Mercy